ACCEPTED
04-14-00917-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/13/2015 3:23:25 PM
KEITH HOTTLE
CLERK



# NICHOLAS "NICO" LAHOOD
## Criminal District Attorney
### Bexar County, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/13/2015 3:23:25 PM
KEITH E. HOTTLE
Clerk

April 13, 2015

Honorable Keith E, Hottle, Clerk
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

> RE:  Eberto A. Mendez v. The State of Texas
> Appellate Case No. 04-14-00917-CR
> Trial Court Case No. 2011-CR-5500

Dear Mr. Hottle:

The Appellants counsel in the instant case has filed a brief pursuant to Anders v. California, 386 U.S. 738,87 S. Ct. 1402,18 L. Ed. 2d 493 (1967).  It is asserted therein that no reversible error exists in the instant case. The State waives the right to file an Appellee's brief in response at this time, however, stands ready to respond should the Court find it necessary.

Thank you in advance for your consideration.

Sincerely yours,

/s/ Mary Beth Welsh
Mary Beth Welsh
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
(210) 335-2782
S.B.N. 00785215
mwelsh@bexar.org

cc:  Richard B. Dulany, Jr.
Assistant Public Defender
101 W. Nueva St., Suite 310
San Antonio, Texas  78205

Attorney for the State